UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:09-00005 |
| ) | Senior Judge Haynes |
| ) | |
| SHAWN MICHAEL VINCENT ) | |

## AGREED ORDER

The United States Probation Office has filed a Petition to Modify the Conditions or Term of Supervision (Docket No. 41). In the petition, the United States Probation Office has recommended that this Court modify the release conditions as follows:

> The defendant shall participate in a program of substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential re-entry center at the direction of the probation officer. The defendant shall pay all or part of the cost of substance abuse treatment if the probation officer determines the defendant has the financial ability to do so or has the appropriate insurance coverage to pay for such treatment.

Counsel for defendant has consulted with the defendant, and he has agreed that his conditions of supervised release should be modified as requested by the United States Probation Office. The government is also in agreement to the requested modification.

**WHEREFORE**, this Court orders the defendant's release conditions to be modified as requested in the Petition.

```
_____
WILLIAM J. HAYNES, JR.
Senior Judge, United States District Court

5-/4-/5
```

APPROVED FOR ENTRY:

/s/ *Clay T. Lee*
CLAY T. LEE
Assistant United States Attorney
110 9th Avenue South, Suite A961
Nashville, TN 37203